# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| K.M.C.,<br><br>                Plaintiff(s),<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>                Defendant(s). | Case No. 2:17-cv-01828-RFB-NJK<br><br>**ORDER** |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. That application has not been completed in its entirety; namely, it leaves blank the city and state of legal residence. *See id.* at 5. Accordingly, the application to proceed *in forma pauperis* is **DENIED** without prejudice. A completed application shall be filed no later than July 18, 2017.[1]

IT IS SO ORDERED.

Dated: July 11, 2017

                                                    _____
                                                    NANCY J. KOPPE
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Although the Court does not herein screen the submitted complaint, counsel may wish to ensure that the complaint complies with the requirements outlined by the Court previously. To the extent Plaintiff wishes to do so, he may file an amended complaint concurrently with any renewed *in forma pauperis* application.